No. 145, Misc.  McMahan *v.* Johnston, Warden. Certiorari denied.  Petitioner *pro se.  Solicitor General Perlman, Assistant Attorney General Quinn, Robert S. Erdahl* and *Sheldon E. Bernstein* for respondent.

No. 157, Misc.  Jackson *v.* Sanford, Warden. Certiorari denied.  Petitioner *pro se.  Solicitor General Perlman, Robert S. Erdahl* and *Beatrice Rosenberg* for respondent.

No. 185, Misc.  Davis *v.* Illinois. Certiorari denied.

No. 189, Misc.  O'Brien *v.* Ragen, Warden. Certiorari denied.

No. 190, Misc.  Hicks *v.* Illinois;
No. 202, Misc.  Barron *v.* Ragen, Warden; and
No. 203, Misc.  Hamby *v.* Ragen, Warden. Certiorari denied.

No. 204, Misc.  Burnett *v.* Ragen, Warden. Certiorari denied.

No. 207, Misc.  Bastin *v.* Ragen, Warden. Certiorari denied.

No. 209, Misc.  Davis *v.* Ragen, Warden. Certiorari denied.

No. 214, Misc.  Monsky et al. *v.* Warden of Clinton State Prison. Certiorari denied.

